# CIVIL MINUTES

**Case No**: Cv. 04-951-KI                **Proceeding Date:** June 20, 2005

**Case Title:** Waddell v. James

**Presiding Judge**: Garr M. King        **Courtroom Deputy**: Mary Austad (JH)

**Reporter:** None            **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**:  RECORD OF ORDER:  Plaintiff shall file his opposition to defendants' motion for summary judgment on or before July 25, 2005.  Defendants may file a reply within 11 days thereafter.  Defendants' motion for summary judgment (#25) shall be taken UNDER ADVISEMENT on August 15, 2005.